

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00473-CR

**EX PARTE** Carlos Ulin **GARCIA**

From the County Court, Kinney County, Texas
Trial Court No. 10297CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

This is an appeal of the trial court's ruling on a pretrial writ of habeas corpus.

In a criminal appeal where the defendant is the appellant, "[t]he trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). An order denying a pre-trial application for writ of habeas corpus is an appealable order. *See Greenwell v. Court of Appeals for the Thirteenth Judicial Dist.*, 159 S.W.3d 645, 650 (Tex. Crim. App. 2005); *Ex parte Matthews*, 452 S.W.3d 8, 12 (Tex. App.—San Antonio 2014, no pet.).

On August 11, 2022, we ordered the trial court clerk to prepare, certify, and file in this court a supplemental clerk's record containing the certification.

On August 29, 2022, the district clerk filed a supplemental clerk's record containing a Rule 25.2 certification. In the section of the form certifying whether this matter is appealable, the trial court certified the following statement:

> XX    the defendant has waived the right of appeal.involves another appealable order (specify: ORDER DENYING APPLICATION FOR PRETRIAL WRIT OF HABEAS CORPUS AND FOR OTHER ANCILLARX MATTERS)

After reviewing the clerk's record, we do not see any indication that Appellant waived his right of appeal. Accordingly, the trial court's certification of defendant's right of appeal appears to be defective. *See Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013); *Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005).

We ORDER the trial court to amend the certification and the district clerk to file a supplemental clerk's record containing the amended certification within TWENTY DAYS of the date of this order.  *See* TEX. R. APP. P. 37.2; *Cortez*, 420 S.W.3d at 806.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court